

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2015

No. 04-14-00562-CV

Jesus **DE LOS SANTOS**, Jr., Individually and as Representative of the Estate of Jesus Francisco De Los Santos, Deceased, and Juan De Los Santos, Individually,
Appellants

v.

**FORD MOTOR COMPANY** and Marco Anthony Soliz, Jr. (Cross-Appellant),
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 11-08-50394-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

On January 5, 2015, Appellants filed an unopposed motion for extension of time requesting additional time to file their reply brief. The request is GRANTED. Appellants' reply brief is due to be filed no later than January 29, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court